FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 19 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| ) | Criminal No. 1:10-CR-475 (TJH) |
| v. ) | |
| ) | COUNTS 1-2: 21 U.S.C. § 844(a), |
| JACK T. CAMP, JR., ) | 18 U.S.C. § 2 |
| ) | |
| Defendant. ) | COUNT 3: 18 U.S.C. § 641 |
| ) | |

THE UNITED STATES CHARGES:

## INTRODUCTION TO ALL COUNTS

At all times relevant to this Information, unless otherwise indicated:

1.  The defendant JACK T. CAMP, JR., was a Senior United States District Judge in the Northern District of Georgia.

2.  CI-1 was an exotic dancer who worked at several different clubs in Atlanta, Georgia. CI-1 has a federal felony conviction for use of a telephone in connection with a drug trafficking crime.

3.  The defendant JACK T. CAMP, JR., was aware of CI-1's felony drug trafficking conviction.

## COUNT ONE
(Aiding and Abetting the Unlawful Possession of Controlled Substances)

In or about and between March 2010 and October 1, 2010, both dates being approximate and inclusive, in the Northern District of Georgia, the defendant, JACK T. CAMP, JR., knowing that CI-1 was previously convicted of a felony drug offense under 21 U.S.C. § 843(b), knowingly and intentionally aided and abetted CI-1 in the possession of cocaine, a Schedule II controlled substance, Roxycodone, also known as "Roxicet," "Roxi" and "Roxycontin," a Schedule II

controlled substance, and marihuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 844(a) and Title 18, United States Code, Section 2.

## COUNT TWO
(Unlawful Possession of Controlled Substances)

In or about and between March 2010 and October 1, 2010, both dates being approximate and inclusive, in the Northern District of Georgia, the defendant, JACK T. CAMP, JR., knowingly and intentionally possessed cocaine, a Schedule II controlled substance, Roxycodone, also known as "Roxicet," "Roxi" and "Roxycontin," a Schedule II controlled substance, and marihuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 844(a).

## COUNT THREE
(Conversion of Government Property)

In or about September 2010, in the Northern District of Georgia, the defendant, JACK T. CAMP, JR., wilfully, knowingly and without authority, did convert to the use of another, property of the United States, that is a Toshiba laptop computer, of the value of $825.00, in violation of Title 18, United States Code, Section 641.

JACK SMITH
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

*Deborah Sue Mayer* (signature)            DATED: NOVEMBER 19, 2010
Deborah Sue Mayer
Tracee Joy Plowell
Trial Attorneys