℗ AO 245C  (Rev  06/05) Amended Judgment in a Criminal Case
Sheet 1

(NOTE  Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT

Northern      District of      Georgia

| UNITED STATES OF AMERICA<br>V.<br><br>Jack Tarpley Camp, Jr. | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|

**Date of Original Judgment:** _____
(Or Date of Last Amended Judgment)

Case Number: 1:10-cr-00475-TFH-1
USM Number: 62216-019
William Allman, Morrison, Judson Starr, William Taylor
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U S C  3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed  R  Crim P  35(b))

☐ Correction of Sentence by Sentencing Court (Fed  R  Crim  P  35(a))

☑ Correction of Sentence for Clerical Mistake (Fed  R  Crim  P  36)

☐ Modification of Supervision Conditions (18 U S C  §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U S C  § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U S C  § 3582(c)(2))

☐ Direct Motion to District Court Pursuant  ☐ 28 U S C  § 2255 or
☐ 18 U S C  § 3559(c)(7)

☐ Modification of Restitution Order (18 U S C  § 3664)

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  Counts 1, 2, and 3

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 844(a) and<br>18 USC 2 (Ct 1 cont.) | Aiding and Abetting the Unlawful Possession of Controlled<br>Substances (Class A Misdemeanor) | 10/1/2010 | 1 |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney for material changes in economic circumstances.

3/11/2011
Date of Imposition of Judgment

Signature of Judge

Thomas F. Hogan      U.S. District Judge
Name of Judge      Title of Judge

April 19, 2011
Date

AO 245C     (Rev  06/05) Amended Judgment in a Criminal Case
     Sheet 1A                                                                                    (NOTE: Identify Changes with Asterisks (*))

DEFENDANT:  Jack Tarpley Camp, Jr.                          Judgment — Page  __2__  of  ___8___
CASE NUMBER:  1:10-cr-00475-TFH-1

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 844(a) | Unlawful Possession of a Controlled Substance | 10/1/2010 | 2 |
| 18 USC 641 | Conversion of Government Property | 9/30/2010 | 3 |
| | (Counts 2 and 3 are Class A Misdemeanors) | | |

AO 245C     (Rev  06/05) Amended Judgment in a Criminal Case
            Sheet 2 — Imprisonment                                                    (NOTE: Identify Changes with Asterisks (*))

DEFENDANT:  Jack Tarpley Camp, Jr.                                    Judgment — Page ___3___ of ___8___
CASE NUMBER: 1:10-cr-00475-TFH-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

30 days imprisonment on each of Counts 1, 2 and 3. Terms shall run concurrently.


☐   The court makes the following recommendations to the Bureau of Prisons:



☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at  _____   ☐  a.m  ☐  p.m.   on  _____  .

   ☐   as notified by the United States Marshal.

☑   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on  _____  .

   ☑   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.


# RETURN

I have executed this judgment as follows:



Defendant delivered on  _____  to  _____

at _____  with a certified copy of this judgment.


                                              _____
                                              UNITED STATES MARSHAL

                                        By_____
                                              DEPUTY UNITED STATES MARSHAL

AO 245C    (Rev  06 05) Amended Judgment in a Criminal Case
           Sheet 3 — Supervised Release

(NOTE  Identify Changes with Asterisks (*))

DEFENDANT: Jack Tarpley Camp, Jr.
CASE NUMBER: 1:10-cr-00475-TFH-1

Judgment—Page __4__ of __8__

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

1 year of supervised release on each of Counts 1, 2 and 3. Terms shall run concurrently.

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

☑    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if applicable.)

☐    The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C    (Rev  06 05) Amended Judgment in a Criminal Case
           Sheet 3A — Supervised Release                                                    (NOTE  Identify Changes with Asterisks (*))

DEFENDANT:  Jack Tarpley Camp, Jr.                              Judgment—Page ___5___ of ___8___
CASE NUMBER:  1:10-cr-00475-TFH-1

## ADDITIONAL SUPERVISED RELEASE TERMS

1) The defendant shall participate in mental health counseling, which may include inpatient counseling or residential placement, as approved and directed by the U.S. probation office.

2) As directed by the U.S. probation office, the defendant shall submit to drug testing to determine if he is using or abusing controlled substances or alcohol.

3) The defendant shall contribute 400 hours of community service as approved and directed by the U.S. probation office. The Court will permit the defendant to volunteer his services to the Coweta County, Georgia Circuit Public Defender's Office where he can perform research assistance or administrative work, or for another non profit organization as approved by the U.S. probation office.

4) The defendant, under 21 USC 844, shall pay $13,063.56 for the costs of prosecution for this case. Payment is due immediately to the Clerk, U.S. District Court for the Northern District of Georgia for credit to the U.S. Treasury.

The Court will retain jurisdiction of this case in the Northern District of Georgia, however, post conviction supervision of the defendant shall be conducted by the U.S. Probation Office for the Middle District of Georgia, Columbus divisional office.

The probation office is permitted to release the presentence report to treatment programs and all appropriate agencies necessary to execute the sentence of the Court. Treatment agencies shall return the report upon completion of any treatment.

AO 245C    (Rev 06/05) Amended Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties                                    (NOTE: Identify Changes with Asterisks (*))

DEFENDANT:  Jack Tarpley Camp, Jr.                              Judgment — Page   6   of   8
CASE NUMBER:  1:10-cr-00475-TFH-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|           | **Assessment** | **Fine**    | **Restitution** |
|-----------|----------------|-------------|-----------------|
| **TOTALS** | $ 75.00        | $ 1,000.00  | $ 825.00        |

☐☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|------------------|-------------------------|----------------------------|
| United States Treasury | $825.00 | $825.00 | 1 |

Payable in a lump sum to:

Clerk's Office

United States District Court for the

Northern District of Georgia

| **TOTALS** | $ _____ | $ _____ | |
|------------|------------------|------------------|--|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for    ☐ fine    ☐ restitution.

    ☐ the interest requirement for    ☐ fine    ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C    (Rev 06/05) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments                                          (NOTE  Identify Changes with Asterisks (*))

DEFENDANT: Jack Tarpley Camp, Jr.                   Judgment — Page ___7___ of ___8___
CASE NUMBER: 1:10-cr-00475-TFH-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☑  Lump sum payment of $ __13,888.56__   due immediately, balance due

    ☐  not later than _____ , or
    ☑  in accordance with ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

    The Costs of Prosecution are determined to be $13,063.56. This amount is immediately payable to the Clerk, U.S. District Court for the Northern District of Georgia for credit to the U.S. Treasury.

    For restitution, a lump sum of $825 is immediately payable to the Clerk, U.S. District Court for the Northern District of Georgia for credit to the U.S. Treasury.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

☑  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.